UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY TYRONE CAMPBELL,
    Plaintiff,

v.

MARIA MAGAT,
    Defendant.

Case No. 16-cv-04286-WHO (PR)

**ORDER OF DISMISSAL**

Mail sent by the Court to plaintiff Campbell was returned as undeliverable more than 60 days ago. Accordingly, the action is DISMISSED without prejudice because Campbell failed to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and because he failed to prosecute this matter pursuant to Fed. R. Civ. P. 41(b).

The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** January 4, 2017



WILLIAM H. ORRICK
United States District Judge